IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**FILED**
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

AUG 20 2025

MITCHELL R. ELFERS
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 25-3254 RB |
| vs. | ) 18 U.S.C. § 1201(a)(1): Kidnapping |
| | ) Resulting in Death; 18 U.S.C. § 2: |
| **JERROLD ALBERT CHAVARRIA** and | ) Aiding and Abetting. |
| **JERRY ANTOCIO ROMERO**, | ) |
| Defendants. | ) |

# INDICTMENT

The Grand Jury charges:

On or about February 26, 2021, in Eddy County, in the District of New Mexico, the defendants, **JERROLD ALBERT CHAVARRIA** and **JERRY ANTOCIO ROMERO**, did unlawfully and knowingly seize, confine, kidnap, abduct, carry away, and hold Jane Doe for some purpose and benefit, resulting in the death of Jane Doe, and, in committing and in furtherance of the commission of the offense, used means, facilities, and instrumentalities of interstate commerce, to wit: an automobile, specifically a Jeep Cherokee manufactured in Toledo, Ohio; a United States highway, specifically U.S. Route 285; and a hotel or motel servicing interstate travelers, specifically the Budget Inn, Artesia, New Mexico.

In violation of 18 U.S.C. § 1201(a)(1), and 18 U.S.C. § 2.

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

[signature]
Assistant United States Attorney

*RCW 8/15/2025*